IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ODIS JONES, JR. ) | |
|     ID# 1384596 ) | |
|         Petitioner, ) | |
| vs. ) | No. 3:10-CV-2153-K |
| ) | |
| RICK THALER, Director, ) | |
| Texas Department of Criminal ) | |
| Justice, Correctional Institutions ) | |
| Division, ) | |
|         Respondent. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Also before the Court is Petitioner's Motion for Voluntary Dismissal Without Further Inquiry of the Court, filed on November 8, 2010. It appears that the Petitioner filed this Motion in lieu of filing objections to the Findings and Conclusions of the Magistrate Judge. Petitioner's Motion is **GRANTED.**

The Court therefore declines to transfer to the Fifth Circuit for appropriate action.

*See Henderson v. Haro,* 282 F.3d 862, 864 (5th Cir. 2002); *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

SO ORDERED.

**SIGNED this 12th day of November, 2010.**

*(signed)* Ed Kinkeade

**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**